# Court of Appeals
# of the State of Georgia

ATLANTA,   June 18, 2014     

*The Court of Appeals hereby passes the following order:*

**A14A1565. TONY SMITH v. THE STATE.**

In 2009, Tony Smith pled guilty to perjury and false statements. He received a ten-year sentence, with five years to serve in confinement. Concurrent to this sentence, Smith was also serving a probated sentence for a separate offense. Smith was released from confinement in 2011, but in October 2012, both of his probations were revoked based on his commission of a new offense. Since then, Smith has filed numerous motions challenging his sentences. In orders entered on December 16, 2013, and January 30, 2014, the trial court rejected Smith's challenges and summarized the history of his case. Smith filed a motion for clarification of these orders, insisting, generally, that his probation revocations were improper. In response to this motion, the trial court issued an order providing more detail on the sentences. Smith then filed this direct appeal. We, however, lack jurisdiction.

The underlying subject matter of this appeal is the revocation of Smith's probation. Accordingly, he was required to follow the discretionary appeal procedures to obtain review before this Court. See OCGA § 5-6-35 (a) (5); *White v. State*, 233 Ga. App. 873 (505 SE2d 228) (1998). Because we lack jurisdiction over this direct appeal, it is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
     *Clerk's Office, Atlanta,* 06/18/2014
     *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
     *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *Stephen E. Castlen* _____ *, Clerk.*